JS-6

DENNIS W. RIHN, ESQ. (SBN 126233)
ATTORNEY AT LAW
215 North Marengo Avenue, Suite 376
Pasadena, CA 91101
Telephone: (626) 396-1545
Facsimile: (626) 396-1555

NINA J. BAUMLER, ESQ. (SBN 256728)
THE LAW OFFICE OF NINA BAUMLER
14127 Hawthorne Boulevard
Hawthorne, CA 90250
Telephone: (424) 269-0624
Facsimile: (424) 269-0624

Attorneys for Plaintiff Dulce Gomez

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DULCE GOMEZ, | CASE NO: 8:14-cv-01394-DOC-RNB |
| Plaintiff, | [~~PROPOSED~~] ORDER OF DISMISSAL OF ENTIRE ACTION [25] |
| vs. | COURTROOM: 9D |
| ADRIANA ELDERLY CARE HOMES, INC.; QUALITY CARE SENIOR LIVING, INC.; RICHARD MENDOZA; and ADRIANA MENDOZA, | JUDGE: THE HONORABLE DAVID O. CARTER |
| Defendants. | |

1

[~~PROPOSED~~] ORDER

Good cause appearing therefore, and based upon the stipulation of the parties:

IT IS ORDERED:

1. Plaintiff's First and Second Cause of Action is hereby dismissed with prejudice as to all parties; and

2. Plaintiff's Third Cause of Action is hereby dismissed without prejudice as to all parties; and

3. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement entered into by the parties.

Dated: March 20, 2015

*/s/ David O. Carter*

JUDGE OF THE UNITED STATES DISTRICT COURT

[Proposed] Order of Dismissal